## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY MURPHY, | : | |
| | | **CIVIL ACTION NO. 1:09-2261** |
| **Plaintiff** | : | |
| | | **(CONNER, D.J.)** |
| v. | : | **(MANNION, M.J.)** |
| | | |
| CPL. ROBERT L. HAINES, JR., | : | |
| LT. STEVE KNUDSON, | | |
| PTLM. ETTINGER, and | : | |
| CHIEF WILLIAM HERKERT, JR., | | |
| | : | |
| **Defendants** | | |
| | : | |

## REPORT AND RECOMMENDATION[1]

Pursuant to the amended scheduling order issued by the undersigned on August 18, 2011, all discovery in this matter was to be completed on or before September 30, 2011, and all final dispositive motions were to be filed with the court on or before October 17, 2011. (Doc. No. 90). As of the date of this report, no final dispositive motions have been filed. With the passing of the deadline for dispositive motions and no such motions having been filed, there are no further pre-trial matters for the undersigned to consider.

---

[1]For the convenience of the reader of this document in electronic format, hyperlinks to the court's record and to authority cited have been inserted. No endorsement of any provider of electronic resources is intended by the court's practice of using hyperlinks.

On the basis of the foregoing, **IT IS RECOMMENDED THAT:**

the instant action be set down for trial at the convenience of the

court.

*s/ Malachy E. Mannion*

**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date:  October 21, 2011**

O:\shared\REPORTS\2009 Reports\09-2261-03.wpd