# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMMY MURPHY,** | : | **CIVIL ACTION NO. 1:09-CV-2261** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **CPL. ROBERT L. HAINES, JR.,** | : | |
| *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of November, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Malachy E. Mannion dated October 21, 2011 (Doc. 102), and upon further consideration of plaintiff's subsequent filing of a motion for summary judgment (Doc. 103), as well as the court referral of same to Judge Mannion (Doc. 106), it is hereby ORDERED that the Report and Recommendation (Doc. 102) is REJECTED.  This matter is REMANDED to Judge Mannion for disposition of pending pretrial motions (Docs. 103 and 107).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge